IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COGNIPOWER LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FANTASIA TRADING LLC D/B/A ANKERDIRECT and<br>ANKER INNOVATIONS LIMITED,<br><br>　　　　　　Defendants. | C.A. No. 19-cv-02293-CFC |

**DEFENDANT FANTASIA TRADING LLC D/B/A ANKERDIRECT'S MOTION TO STAY**

Fantasia Trading LLC d/b/a AnkerDirect ("Anker")[1] moves to stay this action pending the outcome of *Power Integrations, Inc. v. CogniPower LLC*, Civil Action No. 20-cv-0015-MN. The grounds for the motion are fully set forth in Anker's Opening Brief, submitted herewith.

Dated:  February 10, 2020　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　By:  */s/ Warren K. Mabey, Jr.*
　　　　　　　　　　　　　　　　　　Warren K. Mabey, Jr. (#5775)
　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 17th Floor
　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　302-652-5070
　　　　　　　　　　　　　　　　　　mabey@fr.com

　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　*Fantasia Trading, LLC d/b/a AnkerDirect*

---

[1] Named Defendant Anker Innovations Limited has not been served with the Complaint.

1

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff and that plaintiff opposes this motion.

/s/  *Warren K. Mabey, Jr.*
Warren K. Mabey, Jr.