IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COGNIPOWER LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 19-2293-CFC |
| | ) |
| FANTASIA TRADING LLC D/B/A | ) |
| ANKERDIRECT and | ) |
| ANKER INNOVATIONS LIMITED, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Whereas, Defendant Fantasia Trading LLC d/b/a Ankerdirect and Anker Innovations Limited has moved to stay this action pending the outcome of *Power Integrations, Inc. v. CogniPower LLC*, Civil Action No. 20-cv-0015-CFC (D.I. 8); and

Whereas *Power Integrations, Inc. v. CogniPower LLC*, Civil Action No. 20-cv-0015-CFC has been resolved;

NOW THEREFORE, at Wilmington this First day of July in 2020, IT IS HEREBY ORDERED that Defendant's motion to stay (D.I. 8) is DENIED as moot.

_____
United States District Judge