# **Exhibit A**

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COGNIPOWER LLC;<br><br>              PLAINTIFF,<br><br>v.<br><br>ANKER INNOVATIONS<br>LIMITED and FANTASIA<br>TRADING LLC D/B/A<br>ANKERDIRECT<br>              DEFENDANTS. | C.A. No. 19-cv-02293-CFC |

I,_____, hereby declare that:

1.      I have carefully read and understand the foregoing Protective Order (the "Order") of the United States District Court for the District of Delaware, in the above-captioned matter.

2.      I agree that I will be bound by and will comply with all of the provisions of this Order and I will make no disclosures of Confidential Information or Highly Confidential Information to any person who is not permitted to have access to such information by this Order, as applicable.

3.      Upon final determination of this action, I will destroy all Confidential Information or Highly Confidential Information received by me within sixty (60) days after filing of the final order, or I will return such Confidential Information or Highly Confidential Information within sixty (60) days to the Producing Party.  If I destroy such Confidential Information or Highly Confidential Information, I agree to send a letter to the Producing Party confirming the same.

4.      I understand that a violation of this undertaking is punishable as a contempt of court and hereby submit to the jurisdiction of this Court for the purpose of enforcement of this Order.

5.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____        _____
                                            [signature]

                                            _____
                                            [print or type name]

                                            Title:

                                            Business Affiliation:

                                            Address:

                                            Phone: