

500 Delaware Ave, Suite 1410
Wilmington, DE 19801
302-652-3131   302-652-3117  fax

New Jersey

New York

Texas

Maryland

Florida

Michael F. Bonkowski
Member
Admitted in DE

Reply to Delaware Office
Writer's Direct Line: 302-651-2002
Writer's Direct Fax: 302-574-2102
Writer's E-Mail: mbonkowski@coleschotz.com

August 14, 2020

VIA E-FILING
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124; Unit 31
Wilmington, DE 19801-3555

    Re:    CogniPower LLC v. Anker Innovations Limited et al.,
               C.A. No. 19-cv-02293-CFC

Dear Judge Connolly:

      Enclosed please find the parties' Stipulation and Proposed Protective Order. The parties agree on the enclosed order. We are available at the Court's convenience should Your Honor have any questions.

      Respectfully submitted,

      /s/ Michael F. Bonkowski

      Michael F. Bonkowski

cc: Counsel of Record (via E-Filing)