# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COGNIPOWER LLC<br><br>Plaintiff,<br><br>v.<br><br>FANTASIA TRADING, LLC D/B/A ANKERDIRECT and ANKER INNOVATIONS LIMITED;<br><br>Defendant,<br><br>POWER INTEGRATIONS, INC.<br><br>Movant-Intervenor. | C.A. No. 19-cv-02293-CFC-SRF<br><br>REDACTED |

## DECLARATION OF DOUGLAS E. MCCANN IN SUPPORT OF POWER INTEGRATIONS' MOTION TO INTERVENE

    Douglas E. McCann  (No. 3852)
    FISH & RICHARDSON P.C.
    222 Delaware Avenue, 17th Floor
    P.O. Box 1114
    Wilmington, DE  19801
    Telephone: (302) 652-5070
    Email:  dmccann@fr.com

*Attorneys for Movant-Intervenor*
*Power Integrations, Inc.*

I, Douglas E. McCann, declare as follows:

1. I am a Principal at Fish & Richardson P.C., counsel of record in this action for Power Integrations ("PI"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of a PowerPoint presentation CogniPower provided to Samsung dated June 26, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of PI's Answer in Intervention, Defenses, and Counterclaims, filed herewith on August 17, 2020.

4. Attached hereto as **Exhibit C** is a true and correct copy of a July 9, 2020 e-mail ███████████████████████████████████████████████████████

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from PI's 10-Q as filed with the SEC for the period ended June 30, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of August, 2020, at Wilmington, Delaware.

/s/ Douglas E. McCann
Douglas E. McCann