# EXHIBIT A

# EXHIBIT REDACTED IN ITS ENTIRETY