# EXHIBIT C

# EXHIBIT REDACTED IN ITS ENTIRETY