# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COGNIPOWER LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| FANTASIA TRADING LLC D/B/A | : Case No.:  19-cv-02293-CFC |
| ANKERDIRECT and | : |
| ANKER INNOVATIONS LIMITED, | : |
| | : |
| Defendants. | : |
| | : |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 15 of the Court's Scheduling Order  (D.I. 23) entered on July 30, 2020, Plaintiff CogniPower LLC ("CogniPower") and defendants Fantasia Trading LLC d/b/a AnkerDirect and Anker Innovations Limited (collectively "Fantasia") hereby provide the following joint claim construction chart for U.S. Reissue Patent Nos. RE47,031  ('031) and RE47,713 ('713).

Attached as Exhibit A is the '031 Patent.

Attached as Exhibit B is the '713 Patent.

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| **Terms in both Patents** | | | | | |
| **'031** – 1, 10, 18, 64 **'713** – 18, 48 | "demand pulse" | Plain and ordinary meaning. | Claim language of `031 claims 1, 10, 18, 48, 64<br><br>Claim language of `713 claims 18, 48<br><br>Abstract[1]<br>Figs. 1-4<br>3:10-17<br>3:29-35<br>6:11-12<br>6:24-28<br>6:28-31<br>6:53-55<br>7:61-67<br>9:1-14<br>9:23-25<br>9:47-49 | A pulse signal that determines only when to turn on a primary switch and plays no role in determining when to turn off the switch. | 3:61-66[2]<br><br>6:24-31<br><br>9:53-56<br><br>713 File History:<br>4/24/18 Amendment at 11<br><br>11/6/18 Interview summary, attached agenda at 3<br><br>11/6/18 Interview summary, attached agenda at 4<br><br>1/2/19 Amendment at 15 |

---

[1] RE47,031 and RE47,713 share a specification. Citations herein are to the `031 Specification.

[2] Cites in this format are to the 031 specification.

2

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| | | | 9:53-56 10:7-48 | | 1/2/19 Lawson Dec. at ¶ 4. 1/2/19 Amendment at 16 1/2/19 Lawson Dec. at ¶ 6. 1/2/19 Amendment at 31 1/2/19 Lawson Dec. at ¶ 55. 8/2/19 Amendment at 11 8/2/19 Second Lawson Dec. at ¶ 6. |
| **'031** – 1, 10, 18, 64 **'713** – 18, 48 | "demand pulse generator" | Plain and ordinary meaning | Claim language of `031 claims 1, 10, 18, 48, 64 Claim language of `713 claims 18, 48 | A circuit that generates one or more demand pulses. | 3:14-17 3:32-35 5:23-30 5:42-51 6:12-13 |

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| | | | Abstract Figs. 1-4 3:10-17 3:29-35 6:11-12 6:24-28 6:28-31 6:53-55 7:61-67 9:1-14 9:23-25 9:47-49 9:53-56 10:7-48 | | 9:10-13 9:47-52 10:27-34 713 File History: 1/2/19 Amendment at 16-17 1/2/19 Lawson Dec. at ¶ 6. |
| '031 – 1, 10 '713 – 18, 48 | "rectifier [] poled to charge [a] capacitor during forward pulses" | Plain and ordinary meaning | Claim language of `031 claims 1, 9, 10, 15, 17, 18, 48, 64  Claim language of `713 claims 1, 9, 10, 15, 17, 18, 19, 21, 48, 53  Figs. 1-4 | A diode that converts alternating current to direct current and which is oriented to allow current to flow through it to the capacitor whenever the primary power switch is on during a switching cycle. | 2:63-3:2 5:14-22 6:7-9 6:34-37 7:8-13 7:52-54 |

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| | | | 1:36-38<br>2:59-62<br>2:63-3:2<br>5:19-22<br>6:7-9<br>6:34-37<br>7:49-52<br>10:1-4<br><br>713 File History<br><br>January 2, 2019 Amendment Under 37 C.F.R. 1.111, p. 37<br><br>EP 2717449 at [0006], [0070] (attached to May 31, 2016 Information Disclosure Statement)<br><br>031 File History | | 9:28-29<br><br>10:1-4<br><br>031 File history:<br>4/20/18 Comments on Statement of Reasons for Allowance.<br><br>3/23/18 Amendment at 15<br><br>713 File History:<br>1/2/19 Amendment at 29<br>1/2/19 Lawson Dec. at ¶ 42<br><br>7/16/19 Interview summary at 2 |

59788/0001-21663766v1

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| | | | EP 2717449 at [0006], [0070] (attached to April 5, 2016 Information Disclosure Statement)<br><br>Patents/Applications Cited During Prosecution of 031 and 713<br><br>US2010/0157630A1 at [0062]<br><br>US8976561, 10:43-60, 13:34, 13:15-61<br><br>US9035435, 10:16-34 | | 7/18/19 Applicant Interview Summary at 1, Figs. 1-3<br><br>7/18/19 Applicant Interview Summary at 2<br><br>8/2/19 Amendment at 15<br>8/2/19 Second Lawson Dec. at ¶ 12-13.<br><br>8/2/19 Amendment at 16<br>8/2/19 Second Lawson Dec. at ¶ 25.<br><br>8/2/19 Amendment at 16<br>8/2/19 Second Lawson Dec. at ¶ 27. |

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| | | | US9178411, 8:40-59 US9246392, 4:35-45 US2005/0254266A1 at [0012]-[0014], [0047] US4459651, 4:11-14 US7450402, 7:13-16 US20110096578 at [0005]-[0006] <u>Patents/Applications Cited During Prosecution of 031</u> | | 8/2/19 Amendment at 17 8/2/19 Second Lawson Dec. at ¶ 28 (re Zhu), 31-33 (re Szepesi). 8/2/19 Amendment at 23 8/2/19 Second Lawson Dec. at ¶ 59-60. 8/16/19 Notice of Allowability at 3 |

59788/0001-21663766v1

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| | | | DE60012566T2 at [0011], [0030], [0031]<br><br>Patents/Applications Cited During Prosecution of 713<br><br>US10008942, 3:66-4:11 | | |

8

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| **Terms in '031 only** | | | | | |
| **'031** – 18 | "using a rectifier to charge a capacitor during forward pulses" | Plain and ordinary meaning | Claim language of `031 claims 1, 9, 10, 15, 17, 18, 48, 64<br><br>Claim language of `713 claims 1, 9, 10, 15, 17, 18, 19, 21, 48, 53<br><br>Figs. 1-4<br>1:36-38<br>2:59-62<br>2:63-3:2<br>5:19-22<br>6:7-9<br>6:34-37<br>7:49-52<br>10:1-4<br><br>713 File History | Using a diode that converts alternating current to direct current, which is oriented to allow current to flow through it to a capacitor whenever the primary power switch is on during a switching cycle. | 2:63-3:2<br><br>5:14-22<br><br>6:7-9<br><br>6:34-37<br><br>7:8-13<br><br>7:52-54<br><br>9:28-29<br><br>10:1-4<br><br>031 File history:<br><br>4/20/18 Comments on Statement of Reasons for Allowance. |

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| | | | January 2, 2019 Amendment Under 37 C.F.R. 1.111, p. 37<br><br>EP 2717449 at [0006], [0070] (attached to May 31, 2016 Information Disclosure Statement)<br><br>031 File History<br><br>EP 2717449 at [0006], [0070] (attached to April 5, 2016 Information Disclosure Statement)<br><br>Patents/Applications Cited During | | 3/23/18 Amendment at 15<br><br>713 File History: 1/2/19 Amendment at 29 1/2/19 Lawson Dec. at ¶ 42.<br><br>7/16/19 Interview summary at 2<br><br>7/18/19 Applicant Interview Summary at 1, Figs. 1-3<br><br>7/18/19 Applicant Interview Summary at 2<br><br>8/2/19 Amendment at 15 8/2/19 Second Lawson Dec. at ¶ 12-13. |

10

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| | | | Prosecution of 031 and 713 | | 8/2/19 Amendment at 16 8/2/19 Second Lawson Dec. at ¶ 25. |
| | | | US2010/015763 0A1 at [0062] | | |
| | | | US8976561, 10:43-60, 13:34, 13:15-61 | | 8/2/19 Amendment at 16 8/2/19 Second Lawson Dec. at ¶ 27. |
| | | | US9035435, 10:16-34 | | |
| | | | US9178411, 8:40-59 | | 8/2/19 Amendment at 17 8/2/19 Second Lawson Dec. at ¶ 28 (re Zhu), 31-33 (re Szepesi). |
| | | | US9246392, 4:35-45 | | |
| | | | US2005/025426 6A1 at [0012]-[0014], [0047] | | 8/2/19 Amendment at 23 8/2/19 Second Lawson Dec. at ¶ 59-60. |
| | | | US4459651, 4:11-14 | | |

59788/0001-21663766v1

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| | | | US7450402, 7:13-16<br><br>US20110096578 at [0005]-[0006]<br><br>Patents/Applications Cited During Prosecution of 031<br><br>DE60012566T2 at [0011], [0030], [0031]<br><br>Patents/Applications Cited During Prosecution of 713<br><br>US10008942, 3:66-4:11 | | 8/16/19 Notice of Allowability at 3 |

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| **'031** – 1, 10, 64 | "arranged in circuit" | Plain and ordinary meaning | Claim language of `031 claims 1, 10, 64<br><br>Figs. 1-4<br>2:32:36<br>6:1-4<br>7:4-8<br>8:43-46<br>2:49-58<br>9:1-14 | **Indefinite** – A POSITA would not understand this terminology in context and there is no intrinsic evidence explaining what it means to be "arranged in circuit" or not. | Term does not appear in the specification. In 031 file history, term again only appears in claims with no commentary. |
| **'031** – 18, 24, 35, 36, 48, 51, 63 | "connected in circuit" | Plain and ordinary meaning | Claim language of `031 claims 18, 24, 35, 36, 48, 51, 63<br><br>Figs. 1-4<br>2:32:36<br>6:1-4<br>7:4-8<br>8:43-46<br>2:49-58<br>9:1-14 | **Indefinite** – A POSITA would not understand this terminology in context and there is no intrinsic evidence explaining what it means to be "connected in circuit" or not. | 2:51-56<br><br>8:43-46<br><br>9:1-5<br><br>10:54-62<br><br>031 File history: No discussion. |

13

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| **'031** – 1, 10 | "galvanically connected to" | Plain and ordinary meaning | Claim language of `031 claims 1, 9, 10, 15, 17<br><br>Figs. 1-4<br>2:56-58<br>3:36-44<br>9:23-25 | Having a direct electrical connection to, on the same side of a galvanic isolation barrier. | Term does not appear in the specification.<br><br>031 File history: Term just repeated with no substantive discussion of meaning. |
| **'031** – 19 | "free-running oscillator" | Plain and ordinary meaning | Claim language of 031 claim 19<br><br>5:43-45 | An oscillator that continuously generates regular output pulses whenever operating power is applied, and the continuous production of those output pulses is not controlled by other circuitry. | 3:1-5<br><br>5:42-44 |

59788/0001-21663766v1

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| '031 – 5, 19, 23, 35, 48, 50, 63 | 5, 50, 63 – "selectively gate the oscillator pulses" 23, 35, 48 – "selectively gates the oscillator pulses" 19 – "gating the stream of output-side pulses" "gating the stream of input-side pulses" | Plain and ordinary meaning | Claim language of 713 claims 27

Claim language of 031 claims 5, 20, 23, 34, 37, 47, 48, 50, 52, 62, 63

Figs. 1-4
6:14-7:3
7:15-7:37
7:59-8:13
8:25-38
10:27-34

713 File History

4/24/18 Office Action Response, p. 9 (pending claims 29-30, 33), p. 13 (pending claim 37) | Preventing or allowing one or more supplied oscillator pulses to pass a node in the circuit based on an input other than the oscillator pulse itself. | 6:14-23

8:4-12

8:25-36

031 file history: 4/5/16 Prel. Amend. at claim 16/17; cl. 5/22 |

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| | | | 1/2/19 Office Action Response, pp. 31, 33, 49-50 (pending claims 29-31) | | |

16

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| **'031** – 20, 34, 37, 47, 52, 62 | 20 – "unless gated by the input- side logic circuitry, each demand pulse" 34, 37, 47, 52, 62 – "unless gated by an input- side controller, each demand pulse" | Plain and ordinary meaning | Claim language of 713 claims 27  Claim language of 031 claims 5, 20, 23, 34, 37, 47, 48, 50, 52, 62, 63  Figs. 1-4 6:14-7:3 7:15-7:37 7:59-8:13 8:25-38 10:27-34  713 File History  4/24/18 Office Action Response, p. 9 (pending claims 29-30, 33), p. 13 (pending claim 37) | A demand pulse will pass a node in the circuit unless it is prevented from passing based on an input other than the demand pulse itself. | 6:24-31  6:38-48  7:59-8:3  031 file history: 4/5/16 Prel. Amend. at claim 16/17; cl. 5/22 |

17

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| | | | 1/2/19 Office Action Response, pp. 31, 33, 49-50 (pending claims 29-31) | | |

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| **'031** – 32, 34, 45, 47, 60, 62 | "a leading edge of a single demand pulse will turn on the switch independent of other demand pulses" | Plain and ordinary meaning | Claim language of `031 Claims 32, 34, 45, 47, 60, 62<br><br>Claim language of `713 Claims 25, 54<br><br><u>713 File History</u><br><br>04/24/2018 Amendment Under 37 C.F.R. 1.111, p. 10, p. 13 (claim 35)<br><br>6/6/2018 Office Action, p. 10<br><br>10/22/18 Agenda for In-Person Interview, p. 7 | **Indefinite** – A POSITA would not understand this terminology in context and there is no intrinsic evidence explaining what it means to be "independent of other demand pulses". | Term "independent" does not appear in the specification.<br><br><u>031 File history</u>: No discussion. |

19

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| | | | 1/2/2019 Amendment Under 37 C.F.R. 1.111, pp. 14, 28, 36; pp. 48-49 (claims 28 and 57)<br><br>1/2/2019 Lawson Declaration Under 37 C.F.R. 1.132, ¶¶ 74, 75, 114, 115 | | |

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| **Terms in 713 only** | | | | | |
| **'713** – 1, 48 | "wherein the determination of when to turn off the primary- side switch is originated on the primary side and not on the secondary side" | Plain and ordinary meaning | Claim language of RE47,713 claims 1, 48  Figs. 1-4 | When the primary switch turns off in any given cycle is dependent solely on inputs generated on the primary side with no control from any secondary side signals. | 4:35-44  7:15-22  7:31-37  713 File History: 4/24/18 Amendment at 9  4/24/18 Amendment at 11  11/6/18 Interview summary, attached agenda at 4  11/6/18 Interview summary, attached agenda at 6  1/2/19 Amendment at 35-36 |

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| | | | | | 1/2/19 Lawson Dec. at ¶ 69.<br><br>1/2/19 Amendment at 41<br><br>1/2/19 Lawson Dec. at ¶ 86-87.<br><br>1/2/19 Amendment at 53<br>1/2/19 Lawson Dec. at ¶ 134. |

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| **'713** – 26, 28, 53 | "selectively blocks certain oscillator pulses" | Plain and ordinary meaning | Claim language of 713 claims 26, 28, 53<br><br>Figs. 1-4<br>6:14-7:3<br>7:15-7:37<br>7:59-8:13<br>8:25-38<br>10:27-34<br><br>713 File History<br><br>4/24/18 OA Response, p. 9 (pending claims 29-30, 33), p. 13 (pending claim 37)<br><br>1/2/19 OA Response, pp. 31, 33, 49-50 (pending claims 29-31) | Preventing or allowing one or more supplied oscillator pulses to pass a node in the circuit based on an input other than the oscillator pulse itself. | 6:14-23<br><br>8:4-12<br><br>8:25-36<br><br>713 File History:<br>11/6/18 Interview summary, attached agenda at 5<br><br>1/2/19 Amendment at 50<br>1/2/19 Lawson Dec. at ¶ 65, 119-121.<br><br>1/2/19 Amendment at 51<br>1/2/19 Lawson Dec. at ¶ 122. |

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| **'713** – 33, 53 | "wherein regulation of the output port is based solely on the demand pulses generated on the secondary side" | Plain and ordinary meaning | Claim language of RE47,713 claims 33, 53<br><br>Figs. 1-4<br>Abstract<br>6:59-73<br>7:54-59<br>8:4-12<br>8:25-67<br>9:47-61 | Regulation of the output voltage and/or output current is based on the demand pulses with no control from any other signals generated on the primary or secondary side. | 3:40-44<br><br>8:4-8<br><br>8:25-38<br><br>9:53-56<br><br>713 File History:<br><br>1/2/19 Amendment at 33, 47-48<br>1/2/19 Lawson Dec. at ¶ 36, 64, 111-112. |

24

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| **'713** – 25, 54 | "the primary-side switch turning on is in response to detecting the leading edge of the particular demand pulse independent of any other demand pulses conveyed from the secondary side to the primary side and independent of any other pulse edges appearing on the primary side" | Plain and ordinary meaning | Claim language of `031 Claims 32, 34, 45, 47, 60, 62<br><br>Claim language of `713 Claims 25, 54<br><br>713 File History<br><br>04/24/2018 Amendment Under 37 C.F.R. 1.111, p. 10, p. 13 (claim 35)<br><br>6/6/2018 Office Action, p. 10<br><br>10/22/18 Agenda for In-Person Interview, p. 7 | **Indefinite** – A POSITA would not understand this terminology in context and there is no intrinsic evidence explaining what it means to be "independent of other demand pulses" and "independent of any other pulse edges appearing on the primary side" | Term "independent" does not appear in the specification. |

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| | | | 1/2/2019 Amendment Under 37 C.F.R. 1.111, pp. 14, 28, 36; pp. 48-49 (claims 28 and 57)<br><br>1/2/2019 Lawson Declaration Under 37 C.F.R. 1.132, ¶¶ 74, 75, 114, 115 | | |

59788/0001-21663766v1

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| **'713** – 23 | "wherein the flyback converter regulates the output port to have the feedback signal match the reference signal." | Plain and ordinary meaning | Claim language of `713 Claim 23<br><br>Fig. 1-4<br><br>4:3-15<br>7:15-37<br>8:25-58<br>9:1-14 | **Indefinite** – unclear what this limitation means because it does not appear to add any patentably distinct limitation to claim 22 from which claim 23 depends. | Term "match" does not appear in the specification. |

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| **'713** – 50 | "The article of claim 18, wherein the demand pulse generator is configured to adjust a frequency of turning on the primary-side switch to supply a desired amount of voltage or current to the output port in order to regulate the output port." | Plain and ordinary meaning | Claim language of `713 Claim 50<br><br>Fig. 1-4<br><br>4:3-15<br>7:15-37<br>8:25-58<br>9:1-14 | **Indefinite** – unclear what this limitation means because it does not appear to add any patentably distinct limitation to claim 18 from which claim 50 depends. | |

| Patent/ Claims | Term/ Phrase | CogniPower's Proposed Construction | CogniPower's Support | Fantasia's Proposed construction | Fantasia's Support |
|---|---|---|---|---|---|
| **'713** – 52 | "such that the demand pulses regulate the output port by driving the feedback signal to match the reference signal; the flyback converter regulates the output port to have the feedback signal match the reference signal;" | Plain and ordinary meaning | Claim language of `713 Claim 52<br><br>Fig. 1-4<br><br>4:3-15<br>7:15-37<br>8:25-58<br>9:1-14 | **Indefinite** – unclear what these limitations mean as they appear wholly redundant of each other and so do not provide patentably distinct limitations to the claim. | Term "match" does not appear in the specification. |

**COLE SCHOTZ P.C.**

*/s/ Andrew L. Cole*
Michael F. Bonkowski (No. 2219)
Andrew L. Cole (No. 5712)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 652-3131 (Telephone)
(302) 652-3117 (Facsimile)
mbonkowski@coleschotz.com
acole@coleschotz.com

OF COUNSEL:

Gary R. Sorden
Texas Bar No. 24066124
gsorden@coleschotz.com
Niky R. Bagley
Texas Bar No. 24078287
nbagley@coleschotz.com
Timothy J.H. Craddock
Texas Bar No. 24082868
tcraddock@coleschotz.com

**COLE SCHOTZ, P.C.**
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

**ATTORNEYS FOR PLAINTIFF
COGNIPOWER LLC**

**FISH & RICHARDSON P.C.**

*/s/ Warren K. Mabey, Jr.*
Douglas E. McCann (No. 3852)
Warren K. Mabey, Jr. (No. 5775)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
dmccann@fr.com
mabey@fr.com

Frank E. Scherkenbach
One Marina Park Drive
Boston, MA 02210-1878
scherkenbach@fr.com

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
pollack@fr.com
headley@fr.com

**ATTORNEY FOR DEFENDANT
FANTASIA TRADING, LLC
D/B/A ANKERDIRECT**

Dated:  November 12, 2020

30

## <u>CERTIFICATE OF SERVICE</u>

I, Andrew L. Cole, hereby certify that, on November 12, 2020, I caused a true

and correct copy of the foregoing document to be served on the following counsel

in the manner indicated:

### <u>BY E-MAIL</u>

Douglas E. McCann
Warren K. Mabey, Jr.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
dmccann@fr.com;
mabey@fr.com

Frank E. Scherkenbach
One Marina Park Drive
Boston, MA 02210-1878
scherkenbach@fr.com

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
pollack@fr.com;
headley@fr.com

**ATTORNEY FOR DEFENDANT
FANTASIA TRADING, LLC
D/B/A ANKERDIRECT**

1

**COLE SCHOTZ P.C.**

*/s/ Andrew L. Cole*

Andrew L. Cole (No. 5712)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 652-3131 (Telephone)
(302) 652-3117 (Facsimile)
acole@coleschotz.com

*Attorneys for Plaintiff*
*CogniPower LLC*

59788/0001-21663766v1