

500 Delaware Ave, Suite 1410
Wilmington, DE 19801
302-652-3131   302-652-3117  fax

New Jersey

New York

Texas

Maryland

Florida

Michael F. Bonkowski
Member
Admitted in DE

Reply to Delaware Office
Writer's Direct Line: 302-651-2002
Writer's Direct Fax: 302-574-2102
Writer's E-Mail:  mbonkowski@coleschotz.com

February 11, 2021

**VIA E-FILING**

The Honorable Colm F . Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124; Unit 31
Wilmington, DE 19801-3555

      Re:    *CogniPower LLC v. Anker Innovations Limited et al.,*
                C.A. No. 19-cv-02293-CFC

Dear Judge Connolly:

      On February 10, 2021 and February 11, 2021, counsel for Plaintiff CogniPower LLC ("CogniPower") and Defendants Fantasia Trading LLC d/b/a AnkerDirect and Anker Innovations Limited (collectively "Fantasia") met and conferred Pursuant to Paragraph 17 of the Court's Scheduling Order  (D.I. 23). Counsel for the parties participated telephonically and met and conferred for a total of 1 hour.  The following attorneys participated:

Counsel for CogniPower:

- Gary R. Sorden (lead)
- Andrew L. Cole (local)
- Timothy J.H. Craddock
- James R. Perkins

Counsel for Fantasia:

- Michael R. Headley (lead)
- Warren K. Mabey, Jr. (local)

Cole Schotz P.C.

February 11, 2021
Page 2

Additionally, the parties conferred with one another via e-mail during the claim construction briefing process.

As a result of the parties' efforts, and as stated in the parties Joint Claim Construction Brief (D.I. 63), the parties have agreed constructions for following five claim terms:

- "selectively gate the oscillator pulses" (`031 Patent, claims 5, 50, and 63)
- "selectively gates the oscillator pulses" (`031 Patent, claims 23, 35, and 48)
- "selectively blocks certain oscillator pulses" (`713 Patent, claims 26, 28, and 53)
- "gating the stream of output-side pulses" (`031 Patent, claim 19)
- "gating the stream of input-side pulses" (`031 Patent, claim 19)

Further, the parties no longer seek construction of the following terms, appearing in their original Joint Claim Construction Chart:

- "demand pulse generator" (`031 Patent, claims 1, 10, 18, and 64; `713 Patent, claims 18 and 48)
- "free-running oscillator" (`031 Patent, claim 19)
- "unless gated by the input-side logic circuitry, each demand pulse" (`031 Patent, claim 20)
- "unless gated by an input-side controller, each demand pulse" (`031 Patent, claims 34, 37, 47, 52, and 62)
- "wherein regulation of the output port is based solely on the demand pulses generated on the secondary side" (`713 Patent, claims 33 and 53)

Additionally, CogniPower no longer asserts claims 23 and 50 of the `713 Patent, and therefore the parties are not seeking construction of the following terms:

- "wherein the flyback converter regulates the output port to have the feedback signal match the reference signal" (`713 Patent, claim 23)
- "The article of claim 18, wherein the demand pulse generator is configured to adjust a frequency of turning on the primary-side switch to supply a desired amount of voltage or current to the output port in order to regulate the output port" (`713 Patent, claim 50)

Cole Schotz P.C.

February 11, 2021
Page 3

      Along with this letter the parties are submitting their Amended Joint Claim Construction Chart setting forth the terms that remain in dispute.

                                        Respectfully submitted,

                                        */s/ Michael F. Bonkowski*

                                        Michael F. Bonkowski

cc: Counsel of Record (via E-Filing)