# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COGNIPOWER LLC, | : |
| Plaintiff, | : |
| v. | : Case No.: 19-cv-02293-CFC |
| FANTASIA TRADING LLC D/B/A ANKERDIRECT and ANKER INNOVATIONS LIMITED, | : |
| Defendants. | : |

## COGNIPOWER'S NOTICE OF WITHDRAWAL OF ITS OPPOSITION TO DEFENDANTS' MOTION TO STAY, AND CONSENT TO THE SAME

CogniPower submits this notice withdrawing its opposition to Defendants' Motion to Stay. *See* Dkt. 77 (Defendants' Motion); 78, 81, 83 (Parties' briefing). CogniPower consents to have the case stayed as requested by Defendants and asks the Court to enter Defendants' proposed order. Dkt. 77-1.

Respectfully Submitted,

*/s/ Andrew L. Cole*
Andrew L. Cole (No. 5712)
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131 (Telephone)
(302) 652-3117 (Facsimile)
acole@coleschotz.com

Gary R. Sorden (admitted *pro hac vice*)
Niky Bagley (admitted *pro hac vice*)
Timothy J.H. Craddock (admitted *pro hac vice*)
James R. Perkins (admitted *pro hac vice*)
901 Main Street, Suite 4120
Dallas, Texas 75202
(469) 557-9390 (Telephone)
(469) 533-1587 (Facsimile)
gsorden@coleschotz.com
nbagley@coleschotz.com
tcraddock@coleschotz.com
jperkins@coleschotz.com

**Attorneys for Plaintiff
CogniPower LLC**

Dated: July 9, 2021