IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COGNIPOWER LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 19-2293-CFC |
| | ) |
| FANTASIA TRADING LLC D/B/A | ) |
| ANKERDIRECT and | ) |
| ANKER INNOVATIONS LIMITED, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 15th day of July, 2021, Plaintiff having withdrawn their opposition to Defendants' Motion to Stay Pending IPR;

IT IS ORDERED that the motion (D.I. 77) is granted and the above-captioned case is **stayed** and **administratively closed** until further order of the court. The parties shall promptly notify the court when the IPR proceedings have been resolved so that the cases may be reopened and other appropriate action may be taken.

_____
Chief Judge