

January 26, 2024

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

Honorable Jennifer L. Hall
United States District Court
844 King Street
Wilmington, DE 19801

**Warren K. Mabey, Jr.**
Principal
mabey@fr.com
302 778 8456 direct

Re: *CogniPower LLC v. Anker Innovations Limited et al.,*
C.A. No. 19-2293-JLH

Dear Judge Hall:

We write to request a status conference in the above-captioned matter, which was recently reassigned to Your Honor.

A motion is pending in this case (D.I. 91), filed by Power Integrations, Inc. ("PI"), seeking to amend its pleadings in view of actions that Plaintiff CogniPower has taken in a later-filed parallel case that CogniPower filed against PI customer Samsung, based in part on Samsung's use of the same PI products at issue in this case. CogniPower's complaint against Samsung in the Eastern District of Texas includes the same two patents at issue in this case (the '031 and '713 patents), plus three other related patents (the '714, '157, and '425 patents).

In CogniPower's parallel case in Texas, CogniPower has now taken the position that ***all*** products using PI InnoSwitch chips infringe its patents (Ex. A – Cogni TX Mot. to Compel at 5 ("Samsung knows and understands that ***products implementing any of the Power Integrations InnoSwitch chips are accused*** in this case." (emphasis added)). CogniPower's argument in Texas runs directly contrary to what CogniPower told this court in response to PI's pending motion to amend. (D.I. 102 at 7 (CogniPower taking the position that "PI controllers do not substantially embody the patents" and stressing that the allegedly infringing Samsung power converters "contain a number of other features that are both necessary for infringement and are not supplied by the controller chip, whether supplied by Renesas/Dialog, PI or Diodes.").

Given the events unfolding in the parallel Texas case, including claim construction proceedings in the Texas case starting this March, with trial to follow in early 2025, PI requests a status conference at the Court's earliest convenience to address its pending motion and related issues.

Respectfully submitted,

/s/ Warren K. Mabey, Jr.

Warren K. Mabey, Jr.

fr.com