IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COGNIPOWER LLC<br><br>Plaintiff,<br><br>v.<br><br>FANTASIA TRADING, LLC D/B/A ANKERDIRECT and<br>ANKER INNOVATIONS LIMITED;<br><br>Defendant,<br><br>POWER INTEGRATIONS, INC.<br><br>Intervenor. | Civ. No. 1:19-02293-JLH-SRF |

**JOINT STATUS REPORT**

The parties submit this status report following meet and confer pursuant to the Court's February 6, 2024 Oral Order (D.I. 111). In addition, because the IPR proceedings that caused the Court to enter a stay have just been completed, the parties submit this report pursuant to the Court's order of July 15, 2021. *See* D.I. 85 ("The parties shall promptly notify the court when the IPR proceedings have been resolved so that the cases may be reopened and other appropriate action may be taken.")

**Joint Statement:**  In light of PI and Anker's representation that they will not pursue any further appeal of the IPR proceedings, the stay of this case can be lifted. The procedural history of the case is as follows:

CogniPower filed the present action on December 18, 2019, asserting U.S. Reissue Patent Nos. RE47,031 and RE47,713 (the '031 and '713 patents, respectively) against Fantasia Trading LLC d/b/a AnkerDirect ("Anker"). According to CogniPower's complaint, the accused power supplies all "incorporate circuitry providing demand pulse regulation such as a Power Integrations InnoSwitch or LytSwitch-6 chip."  D.I. 1 at ¶ 34.

On August 17, 2020, Power Integrations ("PI") moved to intervene (*see* D.I. 27), which the Court permitted on February 1, 2021 (*see* D.I. 59).  On February 3, 2021, PI filed its answer and counterclaims in intervention (D.I. 60).  On March 4, 2021, the Court issued a claim construction order (D.I. 70).  On July 15, 2021, the Court issued an order staying the case pending IPRs that Anker filed (D.I. 85).

On April 10, 2023, CogniPower sued Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") in the Eastern District of Texas (the "Samsung Litigation") for alleged infringement of the '031 and '713 patents-in-suit and also three other patents (Reissue Patent Nos. RE47,714 ("the '714 patent"), RE49,157 ("the '157 patent"), and RE49,425 ("the '425 patent").  According to CogniPower's complaint, Samsung manufactures its

own accused power converters, which are integrated in a diverse array of Samsung products, including chargers, appliances, and consumer electronic goods. According to CogniPower's complaint, Samsung's products include controller chips from a number of suppliers including PI, Renesas/Dialog, and Diodes, among others. The Samsung Litigation is scheduled for trial in the Eastern District of Texas between CogniPower and Samsung starting on January 27. 2025.

On June 16, 2023, while this case was under stay, PI moved to amend its pleading here to add the three additional patents. *See* D.I. 92; *see also* D.I. 98 (opposition), 104 (reply), and 106 (request for oral argument). At that time, PI did not request that the stay be lifted so the case could proceed, and instead requested only that its motion be heard while the case otherwise remained under stay.

On February 9, 2024, the Federal Circuit issued its judgment following Anker's appeal from the IPRs. The Federal Circuit affirmed the PTAB's decisions finding that the challenged claims were patentable over the prior art raised in the IPRs. Anker and PI confirm that they will not request rehearing or en banc review, or any other further appeal, of the Federal Circuit's holding.

**CogniPower's Statement:** After the stay is lifted, a new scheduling order should be entered setting the schedule for this case, and discovery should proceed with a new discovery period.

PI and Anker's position above reargues PI's motion to amend (which was filed while this case was stayed, at PI and Anker's request). The Court's order at D.I. 111 did not request such substantive briefing. CogniPower disagrees with the argumentative characterizations by PI and Anker in their statement, including any suggestion that the Samsung Litigation is improper, and incorporates its opposition to PI's motion for leave to amend (D.I. 102). Although CogniPower will not repeat its positions here, it notes that since briefing concluded there are additional facts in the Texas case that support denial of PI's motion for leave to amend. When the Court lifts the stay, CogniPower will confer with PI and Anker regarding supplementing the motion to amend briefing.

The Samsung Litigation has involved months of discovery and extensive motion practice. Fact discovery has included the production of hundreds of thousands of pages of documentation, numerous third party subpoenas, and extensive written discovery. Infringement and invalidity contentions have been served according to Court order and the claim construction process is beginning. The parties have filed discovery-related motions for entry of a claim focusing order, to amend infringement contentions, and to compel production of technical and damages documents. Discovery ends in August 2024.

**Power Integrations and Anker's Statement:** The Court granted PI's motion to intervene because "it is undisputed that Power Integrations' InnoSwitch chips lie at the heart of CogniPower's claims" and "there is credible record evidence that CogniPower is telling at least one other customer of Power Integrations that the customer's use of the same chips at issue here exposes that customer to claims of infringing CogniPower's patents." D.I. 59 at 2-3. That other customer was Samsung: PI demonstrated in its motion to intervene that CogniPower had made allegations specifically about Power Integrations' InnoSwitch chips in a slide presentation submitted to Samsung as part of attempted licensing discussions. *See* D.I. 28 at 2; D.I. 43 at 3.

CogniPower then did exactly what PI predicted, despite CogniPower's opposition to PI's motion to intervene: CogniPower sued Samsung for use of PI chips. *See* D.I. 93-1 (CogniPower's complaint against Samsung). Moreover, despite this Court granting PI's motion to intervene, CogniPower made an end run of this Court's jurisdiction by filing its new suit in the Eastern District of Texas.

PI responded by filing its motion to amend to add CogniPower's other three patents to this case (D.I. 92). The additional patents belong in this case because they are continuations of the '031 patent already at issue in Delaware, with the same specification, because PI's new counterclaims relate back to its original counterclaims (making PI's case first-filed), and because the law favors litigation

5

between patentees and manufacturers rather than between patentees and customers of the manufacturers. As many courts have held, a first-filed declaratory judgment suit has priority over a second-filed infringement suit even as to patents that were first asserted in the infringement suit if they overlap with the patents already at issue in the declaratory judgment suit. *See* D.I. 92 at 6-10. Since the filing of PI's motion, the overlap between the Delaware and Texas cases has only been confirmed by CogniPower's pursuit of discovery from PI in Texas, and also by its pursuit there of discovery from Samsung about the same PI products accused of infringement here.

The Court should therefore lift the stay and grant PI's motion to amend, so the case can proceed on all CogniPower patents asserted against the use of PI chips.

Dated:  February 20, 2024    **IRELL & MANELLA LLP**

By:   /s/ *Michael J. Farnan*
Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Michael Harbour (*pro hac vice*)
mharbour@irell.com
Benjamin Manzin-Monnin
bmonnin@irell.com (*pro hac vice* requested)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Jonathan M. Lindsay (*pro hac vice*)
jlindsay@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

**ATTORNEYS FOR PLAINTIFF COGNIPOWER LLC**

Dated:  February 20, 2024    **FISH & RICHARDSON P.C.**

By:  /s/ *Warren K. Mabey, Jr.*
Douglas E. McCann  (No. 3852)
Warren K. Mabey, Jr. (No. 5775)
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
Telephone: (302) 652-5070
Email:  dmccann@fr.com;
mabey@fr.com

Frank E. Scherkenbach
One Marina Park Drive
Boston, MA  02210-1878
Telephone: (617) 542-5070

7

Email: scherkenbach@fr.com

Michael R. Headley
500 Arguello Street, Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5070
Email: headley@fr.com

Attorneys for Defendants
FANTASIA TRADING, LLC D/B/A ANKERDIRECT and
ANKER INNOVATIONS LIMITED and
Intervenor POWER INTEGRATIONS, INC.