# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COGNIPOWER LLC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> FANTASIA TRADING, LLC D/B/A ANKERDIRECT and ANKER INNOVATIONS LIMITED; <br><br> Defendants, <br><br> POWER INTEGRATIONS, INC. <br><br> Intervenor/Counterclaim Plaintiff. | Civil Action No. 19-cv-2293-JLH-SRF |

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT ON UNCHALLENGED CLAIM ELEMENTS

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff moves for summary judgment of infringement of unchallenged claim elements of the asserted claims of the patents-in-suit, namely: all claim elements of the patents-in-suit other than the "demand pulse," "rectifier" and "gating" limitations.   The grounds for this motion are set forth in Plaintiff's opening brief.

Dated: February 26, 2025

Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Jason G. Sheasby (admitted *pro hac vice*)
Michael Harbour (admitted *pro hac vice*)

IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
JSheasby@Irell.com
MHarbour@Irell.com

Jonathan M. Lindsay (admitted *pro hac vice*)
IRELL & MANELLA LLP
840 Newport Center Dr., Suite 400
Newport Beach, California 92660
Telephone: (949) 760-0991
Facsimile: (9 49) 760-5200
JLindsay@Irell.com

Andrew Y. Choung (admitted *pro hac vice*)
Jennifer Hayes (admitted *pro hac vice*)
Nixon Peabody LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
213-629-6000
achoung@nixonpeabody.com
jenhayes@nixonpeabody.com

*Attorneys for Plaintiff CogniPower LLC*