IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COGNIPOWER LLC, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | C.A. No. 19-2293-JLH-SRF |
| ) | |
| FANTASIA TRADING LLC, d/b/a ) | |
| ANKERDIRECT and ANKER ) | |
| INNOVATIONS LIMITED, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| POWER INTEGRATIONS, INC., ) | |
| ) | |
| Intervenor/Counterclaim Plaintiff. ) | |

**MEMORANDUM ORDER**

At Wilmington, this 8th day of July, 2025;

WHEREAS, Magistrate Judge Fallon issued an Oral Order on March 24, 2025 (D.I. 334), denying CogniPower LLC's ("Plaintiff's") motion for leave to serve the responsive expert report of Dr. William Easttom;

WHEREAS, on April 7, 2025, Plaintiff filed Objections to the March 24, 2025 Oral Order (D.I. 372), arguing "that if [Plaintiff's] *Daubert* motion as to Mr. Cowen is denied, that CogniPower be granted leave to serve Dr. Easttom's rebuttal report";

WHEREAS, on April 21, 2025, Fantasia Trading LLC, d/b/a AnkerDirect and Anker Innovations Limited (collectively, "Anker") and Power Integrations, Inc. ("PI") responded to the Objections (D.I. 374);

WHEREAS, Judge Fallon's March 24, 2025 Oral Order may only be set aside if it is "clearly erroneous or contrary to law," *see* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a);

WHEREAS, a magistrate judge's order "is contrary to law only when the magistrate judge has misinterpreted or misapplied the applicable law," *Evans v. John Crane, Inc.*, No. 15-681, 2019 WL 5457101, at *6 (D. Del. Oct. 24, 2019) (internal citation and quotation marks omitted);

WHEREAS, under the "clearly erroneous" standard, the Court will only set aside findings of a magistrate judge when it is "left with the definite and firm conviction that a mistake has been committed," *Green v. Fornario*, 486 F.3d 100, 104 (3d Cir. 2007) (internal citation and quotation marks omitted);

WHEREAS, the Magistrate Judge's application and assessment of the *Pennypack* factors was not clearly erroneous or contrary to law;

WHEREAS, the Magistrate Judge's conclusion that Plaintiff failed to show good cause was not clearly erroneous or contrary to law;

WHEREAS, Plaintiff has not otherwise demonstrated that the March 24, 2025 Order was clearly erroneous or contrary to law;

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Objections (D.I. 372) to Judge Fallon's March 24, 2025 Oral Order are OVERRULED.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE