IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COGNIPOWER LLC, | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| v. | ) C.A. No. 19-2293-JLH-SRF |
| FANTASIA TRADING LLC, d/b/a ANKERDIRECT and ANKER INNOVATIONS LIMITED, | ) |
|     Defendants, | ) |
| POWER INTEGRATIONS, INC., | ) |
|     Intervenor/Counterclaim Plaintiff. | ) |

## MEMORANDUM ORDER

At Wilmington, this 8th day of August, 2025;

WHEREAS, the Court has reviewed Plaintiff's Motion for Summary Judgment on Power Integrations' Counterclaims, in which Plaintiff requests judgment on "Power Integrations' First and Second Counterclaims seeking declaratory judgments of noninfringement of the patents-in-suit" (D.I. 291);

WHEREAS, Plaintiff's motion does not seriously dispute that the record before the Court establishes a dispute of material fact as to whether power converters containing the Power Integrations' chips at issue can infringe the patents asserted by Plaintiff in this case;[1]

---

[1] All the claims at issue are directed to power converters that generate a "demand pulse." Plaintiff contends that the required demand pulse is generated by a chip in the power converter. Power Integrations contends that the chips at issue work in a way that cannot satisfy the "demand pulse" limitation.

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion (D.I. 291) is DENIED.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE