IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COGNIPOWER LLC, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) C.A. No. 19-2293-JLH-SRF |
| | ) |
| FANTASIA TRADING LLC, d/b/a ANKERDIRECT and ANKER INNOVATIONS LIMITED, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| POWER INTEGRATIONS, INC., | ) |
| | ) |
| Intervenor/Counterclaim Plaintiff. | ) |

## MEMORANDUM ORDER

At Wilmington, this 8th day of August, 2025;

WHEREAS, the Court has reviewed Plaintiff's Motion to Exclude Certain Opinions of Defendants' Expert David Cowen (D.I. 297);

WHEREAS, Plaintiff first argues that Mr. Cowen's opinions that certain metadata was "manipulated" or "altered" should be excluded under Federal Rule of Evidence 702 because there is insufficient evidence of "manipulation" and because Mr. Cowen "does not know" who or what caused the inconsistencies (D.I. 298 at 35–38);

WHEREAS, the Court has reviewed the relevant portions of Mr. Cowen's report and, in accordance with Rule 702, finds that it is more likely than not that his opinions regarding "manipulated" or "altered" data are based on sufficient facts and data;

WHEREAS, Mr. Cowen has not offered the opinion that Plaintiff deliberately manipulated data, nor has he offered an opinion on Plaintiff's intent;

WHEREAS, there is nothing wrong with Mr. Cowen offering an opinion that metadata was altered even if he was unable to determine how the alteration occurred, and Plaintiff is free to cross-examine Mr. Cowen about his inability to draw a conclusion as to what caused the inconsistencies;

WHEREAS, Plaintiff has offered no other basis to exclude Mr. Cowen's opinions, and the Court finds that it is more likely than not that the proffered testimony satisfies the requirements of Federal Rule of Evidence 702;

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion (D.I. 297) is DENIED.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE